LAW OFFICES OF JOHN N. FRYE
JOHN N. FRYE
411 Borel Avenue, Suite 500
San Mateo, CA 94402
Telephone: (650) 577-0889
Facsimile:  (650) 345-9875

Attorneys for Plaintiff,
ABRAHAM WALLIN

SEDGWICK, DETERT, MORAN & ARNOLD LLP
DAVID HUMISTON  Bar No. 090579
DENNIS G. ROLSTAD  Bar No. 150006
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
dennis.rolstad@sdma.com

Attorneys for Defendants
UNITED HEALTHCARE INSURANCE COMPANY
AND ELECTRONIC ARTS, INC. EMPLOYEE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABRAHAM WALLIN, | CASE NO. CV 09 0292 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION AND CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED HEALTHCARE AND ELECTRONIC ARTS EMPLOYEE BENEFITS PLAN, and DOES 1-50, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Abraham Wallin ("plaintiff") and defendants United Healthcare Insurance Company And The Electronic Arts, Inc. Employee Benefits Plan ("defendants"), by and through their attorneys of record herein, that mediation of this matter will take place on September 9, 2009 before the assigned mediator Charles Loughran, Esq.  The date for mediation was continued to allow personal participation by plaintiff.  The parties therefore ask that the last day to participate in mediation be continued to September 10, 2009.  The parties also request that the filing date for the further joint

report due on July 10, 2009, and the further case management conference which is scheduled for July 17, 2009, be continued to dates after the September 9, 2009 mediation. The parties report that they have received the third-party documents at issue and are reviewing those in preparation for settlement discussions.

SO AGREED AND STIPULATED.

DATED: July 8, 2009            LAW OFFICES OF JOHN N. FRYE

By: s/John N. Frye
John N. Frye
Attorneys for Plaintiff
ABRAHAM WALLIN

DATED: July 8, 2009            SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Dennis G. Rolstad
Dennis G. Rolstad
Attorneys for Defendant
UNITED HEALTHCARE INSURANCE COMPANY
AND THE ELECTRONIC ARTS, INC. EMPLOYEE
BENEFITS PLAN

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

s/Dennis G. Rolstad
Dennis G. Rolstad

### ORDER

IT IS SO ORDERED. The further joint statement must be filed on or before ~~September~~ October 25, 2009 and the further case management conference will occur on ~~September~~ October 2, 2009.

DATED::

July 9, 2009

*[signature]*
THE HONORABLE MAXINE M. CHESNEY