| | |
|---|---|
| 1 | LAW OFFICES OF JOHN N. FRYE |
|   | JOHN N. FRYE |
| 2 | 411 Borel Avenue, Suite 500 |
|   | San Mateo, CA 94402 |
| 3 | Telephone:  (650) 577-0889 |
|   | Facsimile:    (650) 345-9875 |
| 4 | |
|   | Attorneys for Plaintiff, |
| 5 | ABRAHAM WALLIN |

SEDGWICK, DETERT, MORAN & ARNOLD LLP
DAVID M. HUMISTON  Bar No. 090579
DENNIS G. ROLSTAD  Bar No. 150006
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
dennis.rolstad@sdma.com

Attorneys for Defendants
UNITED HEALTHCARE INSURANCE COMPANY
AND THE ELECTRONIC ARTS, INC. EMPLOYEE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM WALLIN, | CASE NO. CV 09 0292 MMC |
| Plaintiff, | |
| v. | **JOINT NOTICE OF CONDITIONAL SETTLEMENT** |
| UNITED HEALTHCARE AND ELECTRONIC ARTS EMPLOYEE BENEFITS PLAN, and DOES 1-50, | AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| Defendants. | |

PLEASE TAKE NOTICE that the parties to this action, plaintiff Abraham Wallin and defendants United Healthcare and the Electronic Arts, Inc. Employee Benefits Plan, have agreed to a settlement of this action conditioned only upon completion and execution of a written settlement agreement and stipulation for dismissal, and performance of that agreement.  The parties will submit a stipulation for dismissal of this entire action, with prejudice, following the execution of the settlement agreement, which should be accomplished within thirty (30) days of

the date of this notice.  The parties request that the further case management conference currently scheduled for October 2, 2009 before the Honorable Maxine Chesney, and all other scheduled dates, be taken off calendar pending the filing of the stipulation for dismissal.

DATED:  September 10, 2009    LAW OFFICES OF JOHN N. FRYE

By: s/John N. Frye
    John N. Frye
    Attorneys for Plaintiff
    ABRAHAM WALLIN

DATED:  September 10, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:s/Dennis G. Rolstad
    Dennis G. Rolstad
    Attorneys for Defendants
    UNITED HEALTHCARE INSURANCE COMPANY
    AND THE ELECTRONIC ARTS, INC. EMPLOYEE
    BENEFITS PLAN

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

s/Dennis G. Rolstad
Dennis G. Rolstad

## ORDER

    IT IS SO ORDERED, with the exception that the Case Management Conference is CONTINUED from October 2, 2009 to November 13, 2009.  A Joint Status Report shall be filed no later than November 6, 2009, if, by that date, the parties have not filed a stipulation for dismissal.

Dated:  September 11, 2009

_____
United States District Judge