1  LAW OFFICES OF JOHN N. FRYE
   JOHN N. FRYE
2  411 Borel Avenue, Suite 500
   San Mateo, CA 94402
3  Telephone: (650) 577-0889
   Facsimile:  (650) 345-9875
4
   Attorneys for Plaintiff,
5  ABRAHAM WALLIN

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   DAVID M. HUMISTON  Bar No. 090579
7  DENNIS G. ROLSTAD  Bar No. 150006
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, California 94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10 dennis.rolstad@sdma.com

11 Attorneys for Defendants
   UNITED HEALTHCARE INSURANCE COMPANY
12 AND THE ELECTRONIC ARTS, INC. EMPLOYEE BENEFITS PLAN

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

| 15 | ABRAHAM WALLIN, | CASE NO. CV 09 0292 MMC |
|---|---|---|
| 16 | Plaintiff, | |
| 17 | v. | **STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 18 | UNITED HEALTHCARE AND ELECTRONIC ARTS EMPLOYEE | AND ORDER THEREON |
| 19 | BENEFITS PLAN, and DOES 1-50, | |
| 20 | Defendants. | |

23    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff
24 ABRAHAM WALLIN, and defendants UNITED HEALTHCARE INSURANCE COMPANY
25 AND THE ELECTRONIC ARTS, INC. EMPLOYEE BENEFITS PLAN, through their
26 respective attorneys of record herein, that this entire action shall be dismissed with prejudice,
27 each party to bear his or its own attorneys' fees and costs.
28

| | | |
|---|---|---|
| 1 | DATED: November 5, 2009 | LAW OFFICES OF JOHN N. FRYE |

By: s/ John N. Frye
John N. Frye
Attorneys for Plaintiff
ABRAHAM WALLIN

DATED: November 9, 2009     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Dennis G. Rolstad
Dennis G. Rolstad
Attorneys for Defendants
UNITED HEALTHCARE INSURANCE COMPANY
AND THE ELECTRONIC ARTS, INC. EMPLOYEE
BENEFITS PLAN

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

s/Dennis G. Rolstad
Dennis G. Rolstad

**ORDER**

IT IS SO ORDERED.

DATED: November 10, 2009

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SF/1625218v1

-2-     CASE NO. CV 09 0292 MMC
STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE